UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL SALCIDO, | ) | CASE NO. CV 10-3940-SJO (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| LARRY SMALL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 2, 2010

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd